Attorney No. 38007

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BUDIMIR LUKOVIC, | ) | FILED: APRIL 29, 2009 |
| | ) | 09CV2605 |
| Plaintiff, | ) | JUDGE GUZMAN |
| | ) | MAGISTRATE JUDGE COLE |
| v. | ) No. | BR |
| | ) | |
| PASCHALL TRUCK LINES and | ) | |
| DOUGLAS APATO, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. §§1332 and 1442, the defendants, PASCHALL TRUCK LINES, INC. and DOUGLAS APATO, by and through their attorneys, BRENNER, FORD, MONROE & SCOTT, LTD., hereby give notice of the removal of this civil action from the Circuit Court of Cook County, Illinois, Law Division, to the United States District Court for the Northern District of Illinois.  In support of this Notice of Removal, the defendants state as follows:

1. Plaintiff filed this lawsuit in the Circuit Court of Cook County, Illinois seeking recovery for personal injuries allegedly sustained in an automobile collision.  The complaint alleges two counts of negligence against the defendants, each of which is premised upon allegations that the defendant, Douglas Apato, negligently operated his vehicle so as to collide with the plaintiff.  Count I asserts a negligence claim against Douglas Apato and a *respondeat superior* claim against Paschall Truck Lines, Inc., based on the allegation that Apato was acting as the agent and/or employee of Paschall Truck Lines at the time of the occurrence.  A copy of the complaint is attached hereto and made a part hereof as "Exhibit A."

2. The defendant Paschall Truck Lines, Inc. first received a copy of the complaint when it was served upon the defendant's agent on April 8, 2009. A copy of the process server's return of service is attached hereto and made a part hereof as "Exhibit B." This notice is filed within 30 days of Paschall Truck Lines, Inc.'s receipt of the complaint, and is therefore timely under 28 U.S.C. § 1446(b).

3. Although the defendant, Douglas Apato, is represented by the undersigned counsel and has joined in this notice of removal, to date, Apato has not been served with the complaint in this matter. He is therefore not required to join in this notice of removal. *P.P. Farmers' Elevator Co. v. Farmers Elevator Mutual Insurance Co.*, 395 F.2d 546, 547-48 (7th Cir. 1968).

4. The plaintiff, Budimir Lukovic, is, and was at the time of the alleged occurrence, a resident of Arlington Heights, Illinois.

5. The defendant, Paschall Truck Lines, Inc. is, and was at the time of the alleged occurrence, a Kentucky Corporation with its principal place of business in Murray, Kentucky.

6. The defendant, Douglas Apato, is, and was at the time of the alleged occurrence, a resident of Huff, Kentucky.

7. While the plaintiff's complaint does not set forth a specific sum of damages sought against the defendant, the plaintiff has prayed for damages in excess of the jurisdictional minimum of $50,000, in accordance with the local rules of the Circuit Court of Cook County. Plaintiff's counsel has advised that his client's injuries are significant, and that he is claiming pain and suffering as a result of the alleged occurrence. It is thus apparent that the amount in controversy exceeds $75,000. *See Shaw v. Dow Brands, Inc.*, 994 F.2d 364, 366-68 (7th Cir. 1993) (noting difficulty in determining amount in controversy where Illinois tort law precludes assertion of

specific damages beyond the jurisdictional limit set by local rule). The amount in controversy requirement of 28 U.S.C. §1332(a) is therefore met here.

8. Venue is proper in this Court under 28 U.S.C. §1391(b), in that the complaint alleges the events giving rise to the claim occurred in Cook County, Illinois.

WHEREFORE, the defendants, PASCHALL TRUCK LINES, INC. and DOUGLAS APATO, hereby exercise their right in accordance with the provisions of 28 U.S.C. §1441, *et seq.*, and hereby remove this action from the Circuit Court of Cook County, Illinois, where said action now is pending, to the United States District Court for the Northern District of Illinois, Eastern Division.

                                                Respectfully submitted,

                                                PASCHALL TRUCK LINES, INC. and DOUGLAS APATO

                                                By:   s/Scott R. Britton
                                                        Scott R. Britton

Scott R. Britton, and
Maggie C. Bednar
Brenner, Ford, Monroe & Scott, Ltd.
33 North Dearborn, Suite 300
Chicago, Illinois 60602
Tel.:   (312) 781-1970
Fax:   (312) 781-9202

Attorneys for Defendants Paschall
Truck Lines, Inc. and Douglas Apato